IN THE UNITED STATES DISTRICT COURT FOR THE
                           NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | Case No: 14 CR 333-2 |
|     Plaintiff, | ) | |
| v. | ) | Magistrate Judge Martin |
| | ) | |
| Marc Davis, | ) | |
|     Defendant, | ) | |

## ORDER

Time: 20 minutes

    Initial appearance proceedings held. Defendant Marc Davis appears in response to arrest on 6/12/2014. Defendant informed of his rights. Government seeks detention. Detention hearing is set for 6/17/2014 at 3:00 p.m. Defendant to remain in custody until further order of the Court. Court recommends that a Medical Practitioner be available in the facility where defendant is housed for evaluation on all medical issues.


Date: 6/12/2014                         /s/ *Daniel M. Martin*
                                                          United States Magistrate Judge