IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. **14 Cr 333 -1** |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| **MARC DAVIS** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant withdraws plea of not guilty and enters plea of guilty to count 1 of the indictment. Defendant advised of his rights. Plea of guilty is accepted. Enter finding of guilty. Cause is referred to the Probation Department for a pre-sentence investigation and report. Sentencing memoranda are due by 3/21/2016 and must conform to L.R. 5.2 and this court's standing order. Sentencing is set for 3/31/2016, at 10:00 a.m.

(00:33)

**ENTER:**     **January 15, 2016**

_____
 **Robert W. Gettleman**
 **United States District Judge**