NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| U S A | ) | Case No: **14 Cr 333** -1 |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| MARC DAVIS | ) | |

### ORDER

Motion hearing held. Defendant's motion [96] for early termination of supervised release is granted and his period of supervised release is ordered terminated.

(00:07)

Date: August 24, 2017

Judge ROBERT W. GETTLEMAN